```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  09/22/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Marian M. Inguanzo,

                        Plaintiff,                            12 **CIVIL** 8212 (ER)

           -against-                                  **JUDGMENT**

Housing & Services, Inc., Kristi
Kimmerle-Clienti, and Derrick Horton,
                          Defendants.
-------------------------------------------------------------X

       Defendants having moved for summary judgment (Doc. #27) pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Edgardo Ramos, United States District Judge, and the Court, on September 19, 2014, having rendered its Opinion and Order (Doc. #37) granting Defendant's motion for summary judgment and directing the Clerk of Court to terminate the motion and close the case, it is,

       **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 19, 2014, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 22, 2014

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**  *K. Mango*
                                                        **Deputy Clerk**